**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HUANGMINGQIN SHOP, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-01731<br><br>**Judge Charles P. Kocoras**<br><br>**Magistrate Judge Keri L. Holleb Hotaling** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Sony Interactive Entertainment LLC ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Haosmie-US | 9 |
| fankepqng | 24 |
| Hakeeta us | 37 |
| fosa227 | 39 |
| Letaerr | 40 |
| Kunmingshaoweishangmaoyouxiangongsi | 41 |

Dated this 1st day of May 2025.  Respectfully submitted,

/s/ Rachel S. Miller
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Lucas A. Peterson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
lpeterson@gbc.law

*Counsel for Plaintiff Sony Interactive Entertainment LLC*